# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

FILED

2009 NOV 23 PM 4: 10

U S DISTRICT COURT
MIDDLE DISTRICT OF FL
ORLANDO

UNITED STATES OF AMERICA

-vs-

KENNETH JONATHAN RIQUELME

Case Number: 6:01-CR-26-ORL-28GJK

USM Number: 24686-018

James W. Smith, III, FPD
201 S. Orange Avenue, Suite 300
Orlando, Florida 32801

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge numbers One, Two, Three, Four, Five and Six of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Failure to reside in a Residential Re-entry Center/Residential Re-entry Sanctions Center | August 9, 2009 |
| Two | Failure to notify the probation officer ten days prior to any change in residence | August 13, 2009 |
| Three | Failure to report | August 13, 2009 |
| Four | Failure to follow the instructions of the Probation Officer | August 13, 2009 |
| Five | Failure to report | August 13, 2009 |
| Six | Failure to follow the instructions of the Probation Officer | August 13, 2009 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

11/19/2009

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

November 23, 2009

AO 245B (Rev. 6/05) Judgment in a Criminal Case

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **8 Months**.

It is **FURTHER ORDERED** that upon release from imprisonment, Defendant is released from further supervision by the court.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

AO 245B (Rev. 6/05) Judgment in a Criminal Case